# Judith Finell MusicServices Inc.

CONSULTING • RESEARCH • MUSIC COPYRIGHT MATTERS • MUSIC INDUSTRY SUPPORT

## Detailed Analysis and Comparison of

## "Straight Like That" (by I.O.F.) with "Stand Up" (Ludacris)

September 10, 2004

### Materials Reviewed

1. In order to conduct this comparative analysis, the following materials were reviewed, all of which were provided by the Marshall Firm and Mr. Jeff Billingsley of BMS Entertainment/Heat Music:

    a. A compact disc entitled I.O.F. "Straight Like That" and (2) Ludacris: "Stand Up"

    b. Lyric sheets for both of the above songs.

The above-captioned songs will be referred to below as "Straight" and "Stand," respectively.

### Conclusions

1. These works are substantially similar in their primary vocal line in the chorus. This similarity refers to their main musical theme, to which I refer below as "Theme B." Theme B in "Straight" has the lyrics "straight like that" and in "Stand," its lyrics are "just like that."

648 CENTRAL PARK AVENUE • SUITE 190 • SCARSDALE • NY • 10583
Tel: (914) 779-8881• Fax: (914) 779-8883 • Email: JudiFinell@aol.com

2. Theme B functions as the "hook" of each song and is nearly identical in lyrics, rhythms, and structural placement in the two works. The hook occurs repeatedly in each song, and is the primary identifying element in each song.[1]

3. The use of Theme B in both songs is more significant than usual in determining the degree of similarity here. This is because Theme B recurs so often in both "Straight" and "Stand" as to occupy a high proportion of each song, as well as to determine the identity of each.

4. These songs also contain a similar first theme, Theme A, in their choruses.

5. Both songs alternate between Themes A and B in their choruses, using many of the same creative elements and details. Their similarity surpasses that resulting merely from shared generic features. Instead, it goes to the very essence of each song's identity.

6. In addition, similar instrumental melodies, referred to below as Themes C and D in both songs, are also tied to the similar vocal melodies, Themes A and B, in each.

## Findings

7. "Straight" is of the "hip hop" or "rap" genre. It contains lead and support vocalists, marimba, keyboard, bass, drums and percussion.[2] "Straight" is approximately 4 minutes, 14 seconds long. The song contains 199 bars, with the following structure: introduction, chorus, verse, chorus, verse, chorus, verse, chorus, interlude, chorus.[3]

8. "Stand" is also of the "hip hop" or "rap" genre. "Stand" contains lead and support vocalists, strings, bass, drums and percussion. The song is approximately 3 minutes, 34 seconds

---

[1] The "hook" of a song refers to its most distinctive and memorable element, usually the main melodic theme associated with the song. In popular vocal music, for example, the hook is most often the melodic theme affiliated with the title lyrics.

[2] The instrument playing Theme C in "Straight" is most likely electronically synthesized and represents either the sound of a marimba or that of another similar instrument.

[3] Musical pieces are divided into groups of beats, and each group is referred to as a "bar" or "measure." In describing a musical piece, one usually refers to the location within a piece by bar number. "Structure" describes the organization of musical works into smaller sections, such as chorus, verse, introduction, and so on.

long. It contains 176 bars, with the following structure: introduction, chorus, verse, chorus, verse, chorus, verse, chorus, coda.[4]

9. There are many genres in Western music, such as jazz, concert or classical music, country-western, blues, and hip hop, to name just a few. Within each genre or style, there are certain elements that are commonly used by composers or performers. These stylistic elements include instrumentation and arrangement, as well as the time signatures, rhythms, and the scales, at times.[5] Despite common features that may be attributed to music of the same genre, each composer, when creating a piece of music, has a wide array of specific choices that can be made. It is the way in which these choices are expressed that enables us to recognize a particular piece of music as separate from another written within the same style or genre. The similarities found in "Straight" and "Stand" surpass the similarities that result from their shared genre, and are the result of both composers making the same creative choices. Consequently, rather than merely resembling one another stylistically, these two songs share much of the same specific musical content.[6]

10. The creators of "Straight" and "Stand" have made many of the same specific creative choices in composing their songs, both in individual elements as well as in the combination of similar elements. The result is two songs that sound very similar in many of their most important

---

[4] A "coda" is an ending section of a musical piece.

[5] Tones in a melody, or syllables in spoken phrases, have duration measured in beats, meaning they are assigned a certain number of beats that are held before the next tone is sounded. These durations describe the "rhythm" of each note. In a traditional 4-beat bar, for example, a quarter note would occupy 1 beat, a half note, 2 beats, and whole note, 4 beats. The beats may also be subdivided, for example, into eighth notes (each are a half beat), sixteenth notes (each are a quarter beat), and so on. A "scale" is the arrangement of all the tones in any system of music in ascending or descending order. Each system of tones is assigned a name; the most common names are "major scale" and "minor scale," containing 7 tones. For example, a "pentatonic scale" contains 5 tones and is often used in music of the "blues" genre. Melodies containing the same or a similar series of tones and rhythms usually sound alike.

[6] Content describes the individualistic details of a musical work, such as the specific tones, rhythms, lyrics, and harmonies that one work contains as opposed to another work. Two works are distinguished from one another because of their individual content, even when they are written within the same style or genre. For example, the way in which we can distinguish 2 Christmas carols such as "Jingle Bells" and "Silent Night" from one another, is due to their differing content, such as their melodies and lyrics.

distinguishing features. Specific comparisons of these same creative choices are detailed in the report below.

### A. <u>Comparison of Main Vocal Line: Theme A</u>

11. Theme A in "Straight" and "Stand" is very similar in lyrics, structural placement, and rhythms. As Theme A is spoken, rather than sung, it contains no melodic tones in either song. Consequently, this similarity of rhythms and lyrics is of greater significance than if tones were also performed.

12. Theme A occurs in the main vocal line in the chorus section of both songs. The chorus section is the first section immediately following the introduction in both songs. In both songs, Theme A first occurs in the initial phrase of the chorus. The lyrics in "Straight" here are "You get it on and poppin'." The lyrics in "Stand" are "When I move you move."[7]

13. In Theme A, both songs contain the identical lyric "you," and both describe the action that "you" makes.

14. Theme A alternates with Theme B in both songs, resulting in the following identical structure in the main vocal lines of each song: Theme A-Theme B-Theme A-Theme B, and so on.

15. Theme A varies slightly with each occurrence in "Straight." However, each varied occurrence of Theme A retains the identical lyric to that of "Stand" ("you") as well as describing the action that "you" makes. All occurrences of Theme A in "Stand" are the same, with the recurring lyrics "When I move you move."

---

[7] The lyrics quoted throughout this report are in accordance with those provided by The Marshall Firm and BMS Entertainment/Heat Music.

4

16. In comparing the rhythms in Theme A, while the two songs are not identical, both contain the following important identifying rhythmical elements that result in their sounding similar:

a. Theme A in both songs is a two-bar phrase. Theme A begins on the second half of beat 3 of the first bar.

b. Theme A in both songs contains a rhythmical emphasis on every beat of both the first and second bars.

c. Theme A is followed by a rest (silence) in both songs (except for the fourth and eighth occurrences in each chorus of "Straight").[8]

17. Both songs use a "call and response" format in their choruses, with Theme A functioning as the "call" phrase, and Theme B the "response" phrase.

18. Both songs set this "call and response" format to the same structure, so that Theme A occurs in every other bar in the chorus of both songs, beginning on the same beat (the second half of beat 3) each time in both.

19. The combination of the similar elements in Themes A and B as described above, together with the way in which Themes A and B are combined in both songs, coupled with their near-constant repetition throughout the choruses of each song, all contribute to why "Straight" and "Stand" sound so similar to one another. For a detailed comparison of Themes A and B, see Exhibit A attached. In Exhibit A, because the lyrics are spoken rather than sung, the individual noteheads are indicated with the letter "X," meaning that they are non-pitched (no tones).

---

[8] A "rest" is a period of silence within a melody. Rests are assigned the same specific rhythmic values as are audible notes. Consequently, a whole rest in a traditional 4-beat bar would last 4 beats, a half rest 2 beats, a quarter rest 1 beat, and so on.

5

### B. <u>Comparison of Main Vocal Line: Theme B as Hook and in Verses</u>

20. Theme B is a primary identifying feature of both "Straight" and "Stand." Theme B is also highly significant in that it permeates both songs, occurring repeatedly throughout both.

21. Theme B is highly similar between the two songs in lyrics, structural placement, and rhythms. As Theme B is spoken, rather than sung, it contains no melodic tones in either song. Consequently, this similarity of rhythms and lyrics is of greater significance than if tones were also performed.

22. In each song, Theme B is distinguished partially by its rhythmic syncopation, namely the rhythmic sequence "short-long-short," starting on beat 1 of the bar.[9] The rhythm is identical in both songs' Theme B, with the "short-long-short" sequence containing the following rhythmic values: eighth note-quarter note-eighth note.

23. Theme B is found in the main vocal line of both songs, where it functions (a) as the hook, found in the chorus of both songs, occurring together with the lyrics "straight like that" (in "Straight") and "just like that" (in "Stand"), and (b) also as a recurrent feature, sung to varying lyrics in the verse.

24. Theme B is also further emphasized by the instrumental melody in both songs' Theme D, which is based upon Theme B, in both songs. Theme D is discussed below.

### <u>Theme B as the Hook</u>

25. Theme B is first found in the main vocal line in the chorus section of both songs, where it functions as the hook in both. The first occurrence of the hook (Theme B) directly follows the first occurrence of Theme A. The lyrics in all occurrences of the hook in "Straight" are "straight like that." In "Stand," the lyrics are "just like that."

---

[9]Rhythm refers to the duration of a tone or word before the next tone or word occurs. "Syncopation" refers to a disturbance of the normal pulse within the music, which creates a "jerky" or uneven effect, such as a short rhythm, followed by a long rhythm.

26. In the hook, two out of three words are consecutively identical between "Straight" and "Stand;" that is the lyrics "like that."

27. The rhythms in the hook are also identical between "Straight" and "Stand." These rhythms are eighth note-quarter note-eighth note, beginning on beat 1 in each song. Again, this rhythm is syncopated, and, consequently, distinctive.

28. In both songs, the hook is the "response" phrase in the "call and response" format as it follows the "call," of Theme A. The hook occurs in every other bar in both songs' choruses.

29. Theme A and the hook are combined in both songs so that together they create a distinctive rhythmic pattern, with the following elements:

   a. Theme A begins with upbeats.[10]

   b. Following Theme A is a rest or silence, then the hook (Theme B) begins on beat 1 (the strongest beat of the bar).

   c. The hook in both songs contains identical syncopation.

   d. Following the hook is an eighth note rest, which is a short silence in this case, and Theme A "jumps in" again immediately, on the second half of beat 3. The pattern of elements listed above is then repeated.

30. Theme B also occurs many times throughout "Straight's" verses, always with the same hook rhythms, but with varying lyrics that are related to the hook lyrics (as discussed in detail later in this report.

31. The combination of similar and identical creative features, as described above, result in the songs sounding similar to one another.

---

[10] The main opening bar of a musical work or section begins with the strong first beat, called the "downbeat." Sometimes, preceding this downbeat is an "upbeat," which is an unaccented tone or group of tones occurring just prior to the downbeat. The impact of an upbeat is to emphasize the ensuing downbeat.

7

### Theme B in Verses

32. Theme B is also found as a recurrent feature in the verses of both songs, using the same short-long-short rhythmic pattern as found in the hook, but with varying lyrics. In "Straight," the lyrics in Theme B in the verses are always variations of the hook lyrics (as found in the chorus), and they always include the words "like that," which are identical to "Stand's" hook lyrics (as found in the chorus). In "Stand," the rhythms of Theme B are accompanied by varying lyrics.

    a. For example, Verse 1 in "Straight" begins as follows (the lyrics of Theme B are underlined):

> *True Mag <u>straight like that</u>*
>
> *Baby girl what you doin' walkin' <u>shaped like that</u>*
>
> *Talkin' on ya' cell like you sell <u>weight like that</u>*
>
> *You a lil' Debbie daughter you getting <u>cake like that</u>*

    b. In "Stand," Verse 1 begins as follows (the lyrics of Theme B are underlined):

> *How you ain't goin' fuck! <u>Bitch I'm me</u>*
>
> *I'm the goddamn reason you in <u>VIP</u>*
>
> *CEO, you don't have to <u>see ID</u>*
>
> *I'm young, wild, and strapped like <u>Chi-Ali</u>*

Both songs use Theme B, as a recurrent feature, at the end of each phrase. This is the result of the same creative choice made by the creators of both songs. The underlined phrase endings above obviously refer back to the hook, as they share the hook's characteristic short-long-short rhythmic signature. Additionally, "Straight" features two of the three words of the hook, those words that are identical between "Straight" and "Stand."

33. In the above phrases of both songs, the rhythms in Theme B are identical, and Theme B occurs on beat 1 of every other bar, for example, in bar 2, bar 4, and so on.

34. Furthermore, "Straight" and "Stand" contain parallel story lines in their verse lyrics where Theme B occurs. For example, in Verse 2 of "Straight" as compared to Verse 3 of "Stand," both songs share the topics of legal governmental authorities and guns:

> a. "Straight" Verse 2:
>> *That's why they go us out of state on the gate like that...*
>>
>> *...Quick to pop a nigga' straight like that*
>
> b. "Stand" Verse 3:
>> *Damn right the fire marshall wanna' shut us down*
>>
>> *Get us out, so someone can gun us down*

35. Theme B permeates both songs. In both "Straight" and "Stand," Theme B recurs in a way that resembles the role of the main character in a movie plot.

### C. Hook Lyrics and Significance in "Straight"

36. Theme B, or the hook as it occurs in the chorus, contains the identical lyrics "like that" in both songs. These lyrics are also found throughout the rest of the main vocal melody of "Straight," twice in the introduction and repeatedly throughout the verses.

37. In fact, Theme B (the hook) permeates "Straight" in such a way that it has a much greater significance than the hook commonly does in popular music. Nearly every single phrase in each of the verses ends with a variation of the hook "straight like that," and all of these variations contain the identical lyrics "like that" that are also found in "Stand's" hook. For example, Verse 1 begins as follows:

> *True Mag <u>straight like that</u>*

> *Baby girl what you doin' walkin' <u>shaped like that</u>*
>
> *Talkin' on ya' cell like you sell <u>weight like that</u>*
>
> *You a lil' Debbie daughter you getting <u>cake like that</u>*

Verse 1 continues in this fashion, as do Verses 2 and 3.

38. Theme B as the hook in "Straight's" chorus, as well as Theme B and its variations as found in "Straight's" verses, all of which contain the lyrics "like that," occur a total of 84 times in "Straight."

39. Some of the variations of Theme B in "Straight" contain rhythmic changes, but these variations most often do contain the distinctive syncopation associated with the hook (as found in the chorus) of both songs.

### D. <u>Comparison of Instrumental Melody: Theme C</u>

40. "Straight" and "Stand" contain a similar instrumental melody that occurs simultaneously with Theme A in both songs. This melody, "Theme C," is played by marimba in "Straight" and by bass in "Stand."

41. In both songs, Theme C occurs within the beginning of the song's introduction, and Theme C is thereafter repeated regularly throughout each song.

42. Theme C contains very similar rhythms between "Straight" and "Stand." Theme C sounds similar between the two songs because of these similar rhythms and because it is positioned similarly in both songs.

43. Theme C has the same function in both songs, which is a significant similarity here. Specifically, Theme C supports Theme A, which is similar between the two songs (as discussed earlier in this report). By this, I refer to the way in which Theme C occurs simultaneously with Theme A. Additionally, Theme C is rhythmically very similar between the two songs.

44. The rhythms in Theme C compare as follows:

    a. "Straight:" one eighth note - one eighth rest - two eighth notes

    b. "Stand:" one eighth note - one eighth rest - three eighth notes

45. In both songs, Theme C begins simultaneously with the first beat of the second bar of Theme A.

46. An important identifying element in Theme C is a rest (silence) on the second half of beat 1 in both songs, while the sounded tones are in eighth-note rhythms.

### E. Comparison of Instrumental Melody: Theme D

47. "Straight" and "Stand" both contain an instrumental melody with rhythms similar or identical to Theme B in both songs. This instrumental melody, "Theme D," is played by marimba in "Straight" and by strings in "Stand."

48. In both songs, Theme D is first heard in the introduction, and it is thereafter repeated regularly throughout each song. In both songs, the tones of Theme D vary when Theme D repeats, but the rhythms are always the same.

49. The important similarity here is that Theme D contains the same syncopated rhythms as found in Theme B, that is the hook with identical rhythms, in both songs. Theme D in both songs begins with an eighth note, followed by a quarter note (a quarter rest in "Straight"), followed by another eighth note.

50. Theme D is closely related rhythmically to Theme B, or the hook, of both "Straight" and "Stand," and functions to reinforce the impact of the hook in both.

### Summary

51. Theme A is similar between "Straight" and "Stand." Theme A is the first phrase in the main vocal line in the chorus of both songs, and it is similar in lyrics, structural placement,

and rhythms. Theme A alternates with Theme B and is repeated many times throughout both songs.

52. Theme B is substantially similar between "Straight" and "Stand." Theme B is found in two forms in both songs: as the hook in the chorus, and as a recurrent feature sung to varying lyrics in the verses. The hook in both songs contains two out of three identical lyrics, as well as identical rhythms. The hook alternates with Theme A and is repeated many times throughout both songs. In the verses, Theme B is sometimes varied in rhythms or lyrics, but it is clearly related between the two songs.

53. Theme B contains important identifying similarities in both songs, such as identical syncopation, identical length and placement of rests, and structural function, for example where it is used at the end of each spoken phrase, in every other bar, in the verses.

54. The identical hook lyrics, "like that," are used throughout "Straight's" verses, in Theme B. These lyrics occupy an unusually high proportion of "Straight."

55. Of particular interest here, is the unusual fact that the hook of "Stand" deviates from the norm by using the identical lyrics as in the hook of "Straight." By this, I am referring to the tradition that most popular songs follow, that is to use the lyrics of the title in the song's hook. In this case, these lyrics would be "Stand up." Rather, here, the composers of "Stand" utilized two of the three lyrics as in the hook of "Straight," specifically the lyrics "like that." This inescapable "musical fingerprint" strongly suggests that copying has occurred here.

56. Both songs contain a similar instrumental melody, Theme C, that occurs simultaneously with Theme A in both.

57. Both songs also contain a second instrumental melody, Theme D, containing rhythms that are similar or identical to Theme B (the hook) in both.

58. Significantly, this linking in both songs of Themes C with A, and Themes D with B is an important shared creative choice.

59. The composers of "Straight" and "Stand" made many of the same creative choices, resulting in substantial similarity.

60. From a musical standpoint, the proprietors of "Straight" have a legitimate claim of copyright infringement against the creators of "Stand."

Report Submitted on September 10, 2004 by:

*[signature]*

Judith Finell

**Exhibit A**

# Musical Examples
## Comparison of Themes A and B in "Straight" and "Stand"

### 1. "Straight"



### 2. "Stand"



**Notes:**
1. Underlined lyrics are identical.
2. Arrows indicate identical rhythms.

# JUDITH FINELL MUSICSERVICES INC.
Consulting • Research • Music Copyright Matters • Music Industry Support

## Judith Finell Prior Testimony and Selected Clients

**Judith Finell has given expert testimony for clients including:**

- Michael Jackson
- Julio Iglesias
- CBS, Inc./Sony Music
- Red Hot Chili Peppers
- Chris Isaak

### Consulting Practice Related to Copyright Area – Selected Clients

- Multimedia Entertainment/*Sally Jessy Raphael Show*
- Grey Advertising
- Young & Rubicam Advertising
- EMI Music Publishing and Recordings
- Beastie Boys
- Blues Traveler
- Def Jam Records
- The Lyons Group/*Barney and Friends* television series
- BMG Entertainment
- MCA Music
- Ogilvy & Mather Advertising
- Weil, Gotshal & Manges
- Paul, Weiss, Rifkind, Wharton & Garrison
- Gold, Farrell & Marks
- Hall, Dickler, Lawler, Kent & Friedman
- Manatt, Phelps & Phillips
- Frankfurt, Garbus, Klein & Selz
- Pennie & Edmunds
- Greenberg, Glusker, Fields, Claman & Machtinger
- Proskauer, Rose
- Boosey & Hawkes
- HBO

### Consulting Practice Not Related to Copyright Area – Selected Clients

- Itzhak Perlman, violinist
- Pinchas Zukerman, violinist and conductor
- Boston Symphony Orchestra
- San Francisco Ballet
- Joan Dornemann and Nico Castel of the Metropolitan Opera
- *Sophisticated Ladies* - Broadway production
- Pompidou Center, Paris
- M.I.T. - Media lab
- Chamber Music Society of Lincoln Center
- Tod Machover, composer
- Alan Feinberg, pianist

## JUDITH GREENBERG FINELL
c/o Judith Finell MusicServices Inc.
648 Central Park Avenue - Suite 190
Scarsdale, NY 10583
Phone: (914) 725-0355
Fax: (914) 725-5117

### Education

| | | |
|---|---|---|
| M.A. | 1970 | Musicology, University of California, Berkeley. Specialization: 20th Century Music. Additional concentration on 17th and 18th century French opera. |
| B.A. | 1968 | Music Performance (Piano).University of California, Los Angeles (UCLA). |

### Professional Experience

**President, Judith Finell MusicServices Inc.** (New York City): 1976 - Present

Present concentration is in the copyright infringement field, providing consulting, trial preparation, and expert testimony for attorneys, recording and publishing companies, advertising firms, entertainment, and computer companies. Services include musical analysis and comparisons, research into prior art, consulting with advertising agencies on the use of music in their campaigns, and with computer companies when they are preparing music education software. In addition, law firms representing parties in personal injury claims involving the loss of a musician's career consult on career evaluations, and often ask Judith to testify on this.

Judith Finell MusicServices Inc. was founded in 1976 as a consultation and project development service, initially for classical composers, musicians, and arts organizations requiring a wide variety of career and business advice. Areas covered included promotion, audience development, organizing concert tours and festivals, fund raising, repertoire, publishing, and recording. In addition, writing and design services were available in the preparation of publicity and brochures, arts publications, program and liner notes, proposals, and arts reports. Services soon expanded to the concert production field, including concerts held in major New York halls, including Carnegie Hall and Lincoln Center.

Clients have included Itzhak Perlman, Pinchas Zukerman, Boston Symphony Orchestra, New York New Music Ensemble, artists of the Metropolitan Opera, as well as Michael Jackson, Julio Iglesias, Sony/CBS, and major advertising agencies and law firms. Ms. Finell often appears on Court T.V. regarding music copyright lawsuits, and has been featured in a television documentary hosted by Maria Shriver discussing musical education for children. Ms. Finell was also the musical advisor for a video production promoting ethics entitled *Kids for Character*. This received international recognition and awards, including a humanitarian award from B'nai B'rith. From 1993-present, Ms. Finell has been the musical advisor to the television series *Barney and Friends*, which has included consultations on the PBS series,

musical publications, recordings, movies, and live shows at Radio City Music Hall (New York City).

During the 1998-99 school year, Ms. Finell has been invited to teach an intellectual property / forensics course at NYU for law and graduate music students.

### Prior Work

**Director of Publications and Information Center, American Music Center** (New York City): 1975 - 76

Responsibilities included supervising the compilation, editing, publication, promotion, and distribution of all American Music Center books. This position also included advising composers, performers, and musicologists on publishing, repertoire, fund raising, and recordings. Established and organized a musical manuscript lending library, compiled and published 11,000-title music catalog.

**Program Director of Directory Project, American Music Center**: 1974 - 75

Responsibilities included compiling and supervising the research and publication of *The Contemporary Music Performance Directory* - a 200 page resource for composers and performers. Responsibilities also included raising $40,000 in order to publish and promote the book.

**Music Career and Management workshops** (New York City): 1984 - 90

Taught workshops for conductors, composers, managers, and other musical artists and administrators on various subjects including "Career Development," "Fund Raising, "Publicizing a Concert," "Marketing Yourself," and "The Business of Music." Students included emerging and established artists as well as recent graduates of Juilliard, Manhattan School of Music, Columbia University, and NYU.

**Director of Research, Joseph Boonin Music Publications** (New Jersey): 1971 - 73

Responsibilities included designing and editing advertising for professional musicians, musicologists, and librarians, creating access to the college music textbook market, recommending textbooks and new music editions to college professors and music librarians, and copy editing and rewriting musicology textbooks

**Freelance Music and Book Editor**: 1972 - 79

Edited music and music textbooks for various publishers, including G. Schirmer Inc., Theodore Presser Co., Editions Salabert, and Alexander Broude, Inc. I have edited music in all performance categories: instrumental, vocal, choral, band, orchestral, and electronic. I have worked with traditional and new notation.

**Teacher: Pittsburg Senior High School** (Pittsburg, California): 1970 - 71

Subjects taught: chorus, guitar, drama.

## Publications

Interview of Judith Finell published in *New York Times*, August 1995.

"Musicologist Takes a Look at Recent Court Rulings," *New York Law Journal*, May 1992. Published in a 3-part series, this article discussed approaches to digital sampling, sound-alike, and advertising cases.

"Using an Expert Witness in a Music Copyright Case," *Entertainment Law Reporter*, September 1990. Lead article.

"Using an Expert Witness in a Music Copyright Case," *New York Law Journal*, May 1990. Published in a 3-part series, this article outlined the ways in which a music expert can assist an attorney through all stages of a lawsuit.

*The Contemporary Music Performance Directory*. New York: American Music Center, 1975. 250 pages. A descriptive listing of 550 performing ensembles, 660 sponsoring organizations, 350 performing facilities, and 200 concert series and festivals of contemporary music. Emphasis is on chamber music, jazz, and experimental music. Included are detailed descriptions of the activities of performing ensembles, exact budgetary and grant information on sponsors, and fund raising recommendations. Funded by the New York State Council on the Arts and the National Endowment for the Arts.

*The Works of Lukas Foss: Biography and Catalog*. New York: Editions Salabert, 1976. 20 pages.

*The Works of Erik Satie: Biography and Catalog*. New York: Editions Salabert, 1976. 20 pages.

*The American Music Center Library Catalog of Choral and Vocal Works*. New York: American Music Center, 1975. 200 pages.

*The Works of Arthur Honegger: Biography and Catalog*. New York: Editions Salabert, 1974. 20 pages.

*Twentieth Century Piano Music by American Composers*. Hackensack, New Jersey: Joseph Boonin, Inc., 1973. 25 pages.

## Speaker

Guest Speaker, Association of Independent Music Publishers (AIMP), N.Y.: 1996, 1993.

Guest Lecturer, Fordham Law School Copyright Law Seminar, N.Y.: 1991 - present.

Guest Speaker, Copyright Law Department, Davis & Gilbert, N.Y.: 1989. Presentation included explanation of musical terminology, definition and illustration of key musical elements for musical comparisons in copyright infringement actions, demonstration of my methodology for analyzing and comparing pieces of music.

4

Guest Speaker, Copyright Society of the U.S.A., N.Y.: 1996, 1987.
Presentation to an audience of copyright lawyers on musical comparisons and analysis techniques, digital sampling, and drawing conclusions of possible infringement.

Panelist, National Music Publishers' Assn., N.Y.: 1995, 1987.
Panel for copyright administrators at music publishing companies and record companies. Topic involved the way in which a music expert analyzes and concludes whether music might have been copied.

Speaker, American Institute of Music Studies: 1981 - 84.
Subjects addressed to young opera singers included: "Selling Yourself," "Marketing a New Artist," "The Business of Music," and "How to Have a Career in Europe."

Lecturer, National Congress of Women in Music, New York University: 1981.
Panel discussion on alternative career opportunities in the music field.

Lecturer, American Music Center: 1980.
Discussion on promotion and fundraising for performing ensembles, composers, and administrators.

Moderator, Panel at Music Library Association Convention (Boston, MA): 1979.
Panel discussion on alternative publishing and recording possibilities in contemporary concert music.

## Memberships

Trustee, Copyright Society of the U.S.A.
Co-Chairman, 1993 Annual Conference

American Music Center

Association of Independent Music Publishers
Member of nominating committee for Board of Directors, 1993

Entertainment Law Circle

B'nai B'rith section on music and performing arts